COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:      In re Alyssa Walker

Appellate case number:   01-13-00922-CV

Trial court case number:  12-DCV-202504

Trial court:                    328th District Court of Fort Bend County

On November 4, 2013, relator, Alyssa Walker, filed a petition for writ of mandamus and a motion for temporary relief, seeking a stay of the trial court's proceedings and requesting "temporary orders granting [relator] possession of her child, KD and the ability to take KD home." We granted relator's motion to stay and denied relator's "request[] for temporary orders granting [relator] possession of her child, KD and the ability to take KD home."

In conjunction with her reply to real party in interest's response, relator has again requested "temporary orders that [real party in interest] surrender the child to [relator] immediately pending final determination of this mandamus, to order surrender of the child to [relator], and to permit [relator] to take the child home." We construe this portion of relator's reply as a renewed motion for temporary relief. Relator's motion for temporary relief is **denied**.

It is so ORDERED.


Judge's signature: /s/ Justice Evelyn Keyes
                        ☒ Acting individually     ☐ Acting for the Court


Date:  December 19, 2013